# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO REYNA-ROMERO, | ) NO. CV 11-8944-JST (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| LINDA SANDERS, WARDEN, | ) RECOMMENDATIONS OF UNITED STATES |
| Respondent. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Petition For Actual Innocence Pursuant To Habeas Corpus 28 U.S.C. §2241" ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that Judgment shall be entered dismissing this action for lack of jurisdiction.

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 Order and the Judgment herein on the parties.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED:   May 22, 2012  .

                                        _____
                                        JOSEPHINE STATON TUCKER
                                        UNITED STATES DISTRICT JUDGE