**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROLANDO REYNA-ROMERO, | ) NO. CV 11-8944-JST (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LINDA SANDERS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed for lack of jurisdiction.

DATED: May 22, 2012.

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE